```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARMEN LAZO,

                          Plaintiff,                  22-CV-10587 (JHR)(SN)

        -against-                            **SETTLEMENT CONFERENCE ORDER**

PHILIP FALCONE, et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference is scheduled for Friday, June 23, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov, by by Friday, June 16, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:      May 11, 2023
                New York, New York