# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023

June 8, 2023

*The parties' joint request to adjourn the June 28, 2023 initial pretrial conference and the deadline to submit a pre-conference letter (ECF No. 25) is GRANTED. By June 27, 2023, the parties shall file a letter updating the Court on their efforts to settle. SO ORDERED.*

*Jennifer H. Rearden*
*June 12, 2023*

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re: *Lazo v. Falcone et al.*
No. 22 Civ. 10587 (JHR) (SN)

Dear Judge Rearden:

We represent Plaintiff Carmen Lazo in the above matter and submit this letter-motion jointly with counsel for Defendants pursuant to the Court's Individual Rule 2(E) to request a three-week adjournment, until July 19, 2023, of the Initial Pretrial Conference currently scheduled for June 28, 2023, and a corresponding three-week adjournment, until July 12, 2023, of the deadline to file a pre-conference letter and Case Management Plan established in the Court's April 25, 2023 Order (ECF No. 17). The Parties make this request because they are scheduled to appear before Magistrate Judge Netburn for a settlement conference on June 23, 2023, and therefore seek to adjourn the current June 21 deadline to file the pre-conference letter and Case Management Plan in order to preserve resources in the event that they are able to resolve this matter during the settlement conference. This is the Parties' first request for an adjournment of the Initial Pretrial Conference and corresponding deadlines. An adjournment will not affect any other deadlines in this case.

We thank the Court for its consideration.

Respectfully submitted,

Galen C. Baynes

cc: Counsel of Record (via ECF)