**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CARMEN LAZO,

                                        Plaintiff,                          **22-CV-10587 (JHR)(SN)**

                        -against-                                           **ORDER**

PHILIP FALCONE, et al.,

                                        Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

          The parties are directed to file a letter updating the Court on the status of settlement by

July 19, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:          July 17, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/17/2023_