UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARMEN LAZO,

       **Plaintiff,**        22-CV-10587 (JHR)(SN)

  -against-             **ORDER**

PHILIP FALCONE,

       **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On July 19, 2023, the Court ordered the parties to submit their executed settlement agreement by July 28, 2023. As of today, no such filing has been made. Accordingly, the parties are directed to either file their settlement agreement or a letter on the status of settlement by August 7, 2023. To the extent the parties seek this Court's approval of the settlement, they must consent to my jurisdiction under 28 U.S.C. § 636(c). Alternatively, they must comply with Judge Reardon's rules regarding FLSA settlement approvals.

**SO ORDERED.**

                     SARAH NETBURN
                     United States Magistrate Judge

DATED:  August 4, 2023 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2023