# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

October 17, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

> Application GRANTED. The initial pretrial conference is hereby adjourned to **October 31, 2023** at **1:00 p.m.**
>
> The Clerk of Court is directed to terminate ECF No. 36.
>
> SO ORDERED.
>
> Jennifer H. Rearden, U.S.D.J.
> Date: October 23, 2023

Re: <u>Lazo v. Falcone et al.</u>
    <u>No. 22 Civ. 10587 (JHR) (SN)</u>

Dear Judge Rearden:

    We represent Plaintiff Carmen Lazo in the above matter and submit this letter motion to request a one-week extension, until October 31, 2023, of the initial conference currently scheduled for October 24, 2023. The basis for this request is that the undersigned is scheduled to be in a jury trial during the week of October 23. Defendants consent to this request. No other deadlines will be affected by the adjournment.

    We thank the Court for its consideration.

Respectfully submitted,

Galen C. Baynes

cc: Counsel of Record (via ECF)