UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN LAZO, <br><br> Plaintiff, <br><br> -v.- <br><br> PHILIP FALCONE et al., <br><br> Defendants. | 22 Civ. 10587 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

This case has been placed on the Court's February 20, 2024 trial-ready calendar.  The jury trial will begin on **February 20, 2024** at **9:30 a.m.** or on the Court's first available date thereafter.  The parties shall be ready to proceed, on 48 hours' notice, on or after February 20, 2024.  The parties may contact Chambers by e-mail to learn where their case stands on the calendar.

The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **January 19, 2024**.  On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **January 26, 2024**.  The parties shall submit electronic and hard copies of all intended exhibits by **February 15, 2024**, in accordance with Rule 7.G of the Court's Individual Rules.

The Court will hold a final pretrial conference by telephone on **February 7, 2024** at **11:30 a.m.**  Counsel should join the conference by dialing 646-453-4442 and entering access code 421 742 241 followed by the pound (#) key.  The conference must be attended by the attorneys who will serve as principal trial counsel.

SO ORDERED.

Dated: December 5, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge