```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMEN LAZO,

                         **Plaintiff,**                      22-CV-10587 (SN)

              -against-                                    <u>ORDER</u>

PHILIP FALCONE,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties have informed the Court that they have reached a settlement in principle. ECF No. 40. Because this action was brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*., the Court must review the settlement agreement to ensure its fairness. <u>See Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015) (holding that "stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect"); <u>Wolinsky v. Scholastic, Inc.</u>, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (identifying factors a court may consider in evaluating the fairness and reasonableness of a proposed FLSA settlement and the reasonableness of a proposed attorney's fee award). Accordingly, by January 22, 2024, the parties shall file their settlement agreement. On that date, the parties shall also file a joint letter explaining the basis for the proposed settlement, and why it is fair and reasonable. All future dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     December 26, 2023
               New York, New York