UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMEN LAZO,

                        **Plaintiff,**                    22-CV-10587 (SN)

             -against-                      <u>**ORDER**</u>

PHILIP FALCONE,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties were previously ordered to file their Rule 68 Offer and Acceptance by April 30, 2024. ECF No. 46. To date, those documents have not been filed. By May 10, 2024, the parties shall file either their Rule 68 Offer and Acceptance or a letter explaining why those documents cannot be filed.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:       May 6, 2024
                    New York, New York