```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
CARMEN LAZO,

                Plaintiff,

    -against-

PHILIP FALCONE, LISA FALCONE, GREEN ROCK
LLC, and SOVRYN HOLDINGS INC.,

                Defendants.
-------------------------------------------------------------------X

No. 22 Civ. 10587 (SN)

**JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Carmen Lazo ("Plaintiff") on May 6, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Philip Falcone, Lisa Falcone, Green Rock LLC, and Sovryn Holdings Inc., jointly and severally, in the amount of $40,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

**SO ORDERED.**

New York, New York
Dated: May 9, 2024

_____
SARAH NETBURN
United States Magistrate Judge